Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - -X

ONTEL PRODUCTS CORPORATION


        v.                     Civ. Action No.


AMICO INTERNATIONAL CORP.
And AMICO POWER CORPORATION

- - - - - - - - - - - - - - - - - - - - - - - - -X

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the

Southern District of New York, the undersigned attorney of record for Plaintiff certifies that

there are no publicly held parent companies of the Plaintiff Ontel Products Corporation.

                     **EPSTEIN DRANGEL BAZERMAN & JAMES, LLC**
                     *Attorneys for Plaintiff*

Date: 8/15/07

                     By:_____
                     Jason M. Drangel (JD 7204)
                     Robert L. Epstein (RE 8941)
                     Wiiliam C. Wright (WW 2213)
                     60 East 42nd Street, Suite 820
                     New York, NY 10165
                     Tel.: (212) 292-5390
                     Fax: (212) 292-5391

1

Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -X

ONTEL PRODUCTS CORPORATION


           v.                            Civ. Action No.


AMICO INTERNATIONAL CORP.
and AMICO POWER CORPORATION

- - - - - - - - - - - - - - - - - - - - - - - - - -X

## COMPLAINT

Plaintiff, Ontel Products Corporation ("Ontel" or "Plaintiff") by its attorneys, complaining of the

Defendants Amico International Corp. and Amico Power Corporation (collectively

"Defendants"), on knowledge as to the Plaintiff and otherwise upon information and belief, alleges

as follows:

### NATURE OF THE ACTION

1.      This action is the result of Defendants' sale of counterfeit electronic floor and

carpet sweeper that infringes Plaintiff's registered SWIVEL SWEEPER trademark

(Reg. No. 3,235,563), and registered copyright for product packaging and user

1

manual (VA1-326,528) for Plaintiff's best-selling floor and carpet sweeper.

2.      Defendants are selling a near identical product of inferior quality in the same or similar channels of trade as Plaintiff. Defendants continue to do so even after receiving notice of infringement on three (3) separate occasions. Defendants continue to do so even though they indicated that they only purchased two units at a flea market in China, and the two units were sent to counsel for Plaintiff.

3.      This action is for counterfeiting, infringement of a registered trademark, for false designation of origin arising under the Lanham Act, 15 U.S.C. § 1051 et seq.; for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§101 et seq.; and for a related common law claim of unfair competition. Plaintiff seeks injunctive relief, an accounting, compensatory damages, trebling of the accounting and/or compensatory damages, punitive damages, attorney's fees and costs.

## PARTIES

4.      Plaintiff Ontel Products Corporation, ("Ontel" or "Plaintiff") is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business located at 21 Law Drive, Fairfield, New Jersey, 07004.

5.      Defendant Amico International Corporation ("Amico Int.") is a corporation organized and existing under the laws of the State of California, with its principal place of business at 4825 Gregg Road, Pico Rivera, CA 90660-2106.

6.      Defendant Amico Power Corporation ("Amico Power") is a corporation organized and existing under the laws of the State of California, with its principal place of business at 4825 Gregg Road, Pico Rivera, CA 90660-2106.

2

## JURISDICTION AND VENUE

7.      The Court has jurisdiction over this action under 28 U.S.C. §§1331, 1338 and
1367.

8.      Defendants are corporation actively conducting business and selling infringing
products in this District. Venue is proper in this District under 28 U.S.C. §§1391
and 1400.

## FACTS

### ONTEL AND THE SWIVEL SWEEPER

9.      Ontel is a leading marketer of quality, innovative consumer products through
television, the Internet and mass market retail channels.

10.     Ontel markets a floor and carpet sweeper under the trademark SWIVEL
SWEEPER (hereinafter referred to as "the Product").   Exhibit 1 is a picture of the
Product and packaging for the Product as sold in retail outlets.

11.     Ontel has extensively promoted and sold the Product through its direct response
television commercials on television and through its and its retail customers'
websites on the Internet.  The Product is also marketed at the retail level by well-
known retail and wholesale outlets such as Home Depot, Sharper Image and
Target.

12.     Since the first sale in 2004, Ontel has sold nearly eight (8) million SWIVEL
SWEEPER units.

13.     Ontel is the exclusive licensee of a utility patent for the floor and carpet sweeper,

3

U.S. Patent No. 7,152,267.

14.     Ontel is the owner of a U.S. trademark registration for SWIVEL SWEEPER, Reg. No. 3,235,563 for "non-electric carpet and floor sweepers." The registration issued on May 1, 2007 and claims a date of first use of July 5, 2004.

15.     Ontel is the owner of a U.S. copyright for the product packaging and user manual, U.S. Copyright Reg. No. VA1-326,528, registered July 12, 2005. ("Work")

## DEFENDANTS' INFRINGING ACTIVITIES

16.     Defendants sell consumer products purchased from third parties to the general public at retail and at wholesale.

17.     Defendants sells a floor and carpet sweeper of inferior quality to consumers under the trademark SWIVEL SWEEPER. The product is identical to Plaintiff's patented SWIVEL SWEEPER device down to the color and is sold in near identical retail packaging. The package also contains a near identical product user manual. A picture of the infringing product, packaging and user manual for the product as sold is shown at Exhibit 2.

18.     Plaintiff placed Defendants on notice of its infringement on three (3) separate occasions.

19.     Defendants indicated that they never sold the alleged infringing goods.

20.     Defendants also received notice of their infringing conduct through a third party who purchased goods from Defendants. The third party returned the infringing goods to Defendants.

4

21.    Plaintiff has purchased two infringing units from Defendants in May, 2007 and again in August, 2007. The goods are counterfeit.

## DAMAGES COMMON TO ALL CLAIMS

22.    By reason of Defendants' acts complained of herein, Plaintiff has suffered and continues to suffer monetary damages in an amount thus far not determined.

23.    Defendants' wrongful conduct has deprived Plaintiff of good will and injured Plaintiff's relationship with the general public and its retailers.

24.    As a result of Defendants' conduct, Plaintiff is suffering, and will continue to suffer irreparable harm and damage. Defendants will, unless restrained and enjoined, continue to act in the unlawful manner complained of herein, to Plaintiff's irreparable injury. Plaintiff's remedy at law is not adequate to compensate for the injuries suffered and threatened.

## FIRST CLAIM FOR RELIEF
(Infringement of Registered Trademark and Counterfeiting)

25.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 24 of this Complaint.

26.    Defendants' unauthorized use of SWIVEL SWEEPER is likely to cause confusion, to cause mistake, and/or to deceive. Defendants' activities constitute infringement of Plaintiff's rights granted by virtue of Plaintiff's United States Trademark

5

Registration recited above, in violation of Section 32(1) of the Trademark Act, 15 U.S.C. § 1114(1).

27.    By reason of the foregoing acts, Defendants have willfully and maliciously infringed Plaintiff's federally registered trademark in commerce that may be lawfully regulated by Congress in violation of the Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*, and more particularly of 15 U.S.C. §1114.

28.    By reason of the foregoing acts, Defendants' willfully, blindly, recklessly and/or intentionally used counterfeit marks, identical with, or substantially indistinguishable from Plaintiff's SWIVEL SWEEPER trademark, in the sale, offering for sale, distribution, display, promotion, marketing and advertisement of Defendants' goods, in violation of 15 U.S.C. § 1117(b) of the Lanham Act.

29.    By reason of the foregoing acts, Defendants are liable to Plaintiff for any and all remedies provided by 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF

(False Designation of Origin and False Description)

30.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 24 of this Complaint.

31.    By reason of the foregoing acts, Defendants have falsely designated the origin of their goods as that of Plaintiff and made false descriptions and representations as to the goods, the ownership of the trademark rights, and the very nature and

6

sponsorship of the goods.

32.    Defendants' activities are likely to and do create confusion among the relevant public, the trade, and the public at large; are likely to and do deceive the foregoing concerning the origin, sponsorship or approval of the goods sold by Defendants; will otherwise mislead purchasers as to the nature and origin of Defendants' goods; and, as a result, severely damage the image of Plaintiff as the source of its goods and as the exclusive owner of its trademark.

33.    Said acts are in violation of 15 U.S.C. §1125(a).


### THIRD CLAIM FOR RELIEF
(Copyright Infringement)


34.    Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 24, inclusive and incorporates same by reference, as if fully set forth herein.

35.    By its actions alleged above, Defendants have willfully infringed and will continue to infringe Plaintiff's copyright in and relating to the Work by producing, distributing, and placing upon the market products which contain direct copies of Plaintiff's copyrighted Work.

36.    Plaintiff is entitled to an injunction restraining Defendants, its officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

37.    Plaintiff is further entitled to recover from Defendants the damages, including

attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

### FOURTH CLAIM FOR RELIEF

(Common Law Unfair Competition)

38.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 24 of this Complaint.

39.    Defendants by reason of the foregoing acts, have traded upon and appropriated to them the reputation and valuable goodwill of Plaintiff and acted to create likelihood of confusion and mistake on the part of the purchasing public and the trade as to the source or sponsorship of Defendants' goods.

40.    Defendants' acts are likely to lead the public mistakenly to believe that Defendants' goods are in some way sponsored by, or associated with Plaintiff and create the impression that Defendants' goods are distributed under Plaintiff's aegis and authority.

41.    Defendants' activities constitute unfair competition, unprivileged imitation and a misappropriation and infringement of Plaintiff's rights, all to Plaintiff's injury and detriment. Defendants have engaged in the above conduct willfully, maliciously, and/or in reckless disregard of Plaintiff's rights.

8

42.    The aforesaid acts of Defendants constitute infringement, misappropriation and misuse of Plaintiff's trademark, false advertising, passing off and unfair competition with Plaintiff under New York common law.

**WHEREFORE,** Plaintiff requests that this Court enter judgment:

1.    Preliminarily and permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from:

i)    using or displaying the mark "SWIVEL SWEEPER" alone or in combination with other words, letters, numbers or designs, as a trademark, trade name or service mark, or in any other manner on goods or from using pictures of the Product or photographs and stills from advertisements for the Product to sell other than genuine Product;

ii)    infringing Plaintiff's copyright in the packaging and user manual;

iii)    using in connection with offering for sale, or sale of any goods, any other false designation, description or representation, suggesting or implying that Plaintiff is the origin of, or associated with such goods;

iv)    otherwise infringing upon Plaintiff's trademark rights, or competing unfairly with Plaintiff.

2.    Requiring Defendants to account to Plaintiff for any and all profits derived by it and for all damages sustained by Plaintiff by reason of the acts complained of herein, that the damages and profits herein be trebled and that Defendants pay punitive damages to Plaintiff;

3.    Requiring Defendants to pay to Plaintiff its costs and attorneys' fees along with prejudgment interest;

9

4.    Requiring Defendants to make all reasonable efforts to retrieve all infringing materials sold, or otherwise distributed by it;

5.    Requiring Defendants to deliver to Plaintiff for destruction, all products, all promotional materials, solicitations and all other documents in Defendants' possession or under its control which is subject to the injunctive order of this Court;

6.    Requiring Defendants to place advertisements as directed by this Court indicating that the goods sold by it in violation of Plaintiff's rights were not in any way connected with Plaintiff and that such goods are no longer being sold or marketed by it, and that Defendants will no longer manufacture, have manufactured or distribute such goods; and

7.    Ordering such other and further relief as this Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury in this matter.


Dated:                         **EPSTEIN DRANGEL BAZERMAN & JAMES, LLP**

8/16/07.
                               By:_____
                                   Jason M. Drangel (JMD 7204)
                                   Robert L. Epstein (RE8941)
                                   William C. Wright (WCW 2213)
                                   Attorneys for Plaintiff
                                   60 East 42nd Street
                                   Suite 820
                                   New York, NY 10165
                                   Tel: 212-292-5390
                                   Fax: 212-292-5391

10

# EXHIBIT 1





# Swivel Sweeper

**Includes:**
- Cordless Swivel Sweeper
- 7.2V Rechargeable Battery
- Battery Charger

- **Lightweight 2 lbs**
- **Swivels 360°**
- **Powerful 7.2 Volts**
- **Cordless**
- **Rechargeable**

## Unique Features:



### Edge Cleaning Brushes
Gets the mess along walls and in corners.

### Floor Sliders
Sweeper effortlessly glides on floor surfaces.

Edge Cleaning Brushes

### Quad-Brush™ Technology
Picks up from all four sides at the same time for faster, easier cleaning.

**Underside View**

### Bagless Dirt Tray
Easily removes for quick disposal of dirt



### Easy Charge Battery
No messy wires!


**Head Swivels 360°**
**For Easy Maneuverability!**

## Picks up everything from dust to the big stuff!

Swivel Sweeper™ is the lightweight, easy-to-maneuver cordless sweeper that picks up messes faster and easier than ordinary cordless sweepers and brooms. It's great for picking up crumbs, dirt, pet hair, dust and more. Use it in the kitchen, family room, dining room and bathroom on tile, carpet, hardwood, vinyl and more!

Swivel Sweeper's head rotates 360° to easily maneuver around furniture and into tight places. Its low-profile design goes under furniture with ease.


**Carpet**
Dirt


**Wood**
Soggy Vegetables


**Tile**
Pet Messes


**Lightweight**
Weighs 2 lbs!


**Tight Places**
Behind Furniture

U.S. Patent No. 7,152,267   Other U.S. & Foreign Patents Pending.



# Cordless Swivel Sweeper™



**OnTel**
PRODUCTS CORPORATION

Distributed by

Made In China

U.S. Patent No. 7,152,267
Other U.S. & Foreign Patents Pending.

©2006 Ontel Products Corporation. All Rights Reserved.

Questions or Comments, call Toll Free 1-800-405-8306



# Cordless Swivel Sweeper
## Instruction Guide

# Cordless Swivel Sweeper™

Congratulations on your purchase of the cordless Swivel Sweeper, the quick & agile floor and carpet sweeper that lets you clean dirt and messes faster and easier than ordinary cordless sweepers.

The Secret: Swivel Sweeper combines the cleaning power of Quad-Brush Technology – powerful rotating cleaning brushes pick up dirt and messes from all four sides of the sweeper head – with a 360° swivel feature to easily maneuver around furniture and other objects. Swivel Sweeper glides effortlessly on four gentle floor sliders while its low-profile design lets you get under couches, beds and other furniture. It has an extended pole, is super-lightweight and it's bagless too! The reusable dirt tray easily removes for quick disposal of dirt & debris.

– 2 –

## SAFETY PRECAUTIONS

**MAKE SURE TO COMPLETELY READ AND UNDERSTAND ALL OF THE FOLLOWING SAFETY INSTRUCTIONS AND WARNINGS IN THIS BOOKLET & ON THE BATTERY CHARGER, PRIOR TO USING SWIVEL SWEEPER.**

- Make sure Swivel Sweeper is securely assembled before use
- Never use Swivel Sweeper to clean up liquids or wet messes, especially not flammable or combustible liquids
- Swivel Sweeper contains a rechargeable 7.2V Ni-MH (Nickel-Metal Hydride) battery, dispose of battery properly
- Keep fingers, hair, all other body parts and clothing away from the rotating cleaning brushes
- Do NOT use Swivel Sweeper to clean up any burning or lighted materials such as cigarettes, matches and ashes
- Do NOT use on coarse concrete surfaces
- Do NOT use outdoors; patios, decks or rough surfaces
- Swivel Sweeper's mechanical parts are not user-serviceable. Contact a qualified professional for service
- Make sure Swivel Sweeper is turned off and that the battery is removed, before cleaning its rotating brushes of hair, debris etc.
- Do NOT handle or charge battery when hands are wet
- Only use the included charger to charge Swivel Sweeper's battery
- Store your Swivel Sweeper indoors in a dry, safe place

– 3 –



## SWIVEL SWEEPER COMPONENTS

1. Handle
2. Heavy Duty Aluminum Pole
3. Rechargeable 7.2V Battery
4. Battery Compartment
5. On/Off Switch
6. Magnetic Latch A
7. Pole Base
8. Magnetic Latch A
9. Air Filter
10. Tinted Outer Body Frame
11. Base
12. Dirt Tray Lock Clips
13. Outer Body Frame Lock Clips
14. Magnetic Latch B
15. Rotating Cleaning Brushes
16. Dirt Tray
17. Battery Charger
18. Brush Cleaning Tool & Storage Cover

– 4 –

## TO ASSEMBLE SWIVEL SWEEPER:

A. Upper Pole
B. Middle Pole
C. Lower Pole
D. Sweeper Head

### Step 1)
Screw "Pole A" onto "Pole B" until secure.

### Step 2)
Screw "Pole B" onto "Pole C" until secure.

### Step 3)
Align the arrow on "Pole C" with the arrow on "Sweeper Head D." When arrows are aligned, pole will easily slide onto Sweeper Head. Then push firmly together until pole locks into place.



– 5 –



FIG. 1

## CHARGING YOUR BATTERY:

**Step 1)** Plug the "Battery Charger" into a standard U.S. electrical outlet (120V).

**Step 2)** Align the arrow on the "Rechargeable Battery" with the arrow on the "Battery Charger." Then, insert the "Rechargeable Battery" down into the "Battery Charger" (SEE FIG. 1). NOTE: Red light on the front of the "Battery Charger" should turn on to indicate that the battery is charging.

**IMPORTANT: For initial battery charge, let battery charge for at least 8 full hours. When recharging, charge time will vary dependent upon the amount of power that is left in the battery after its last use. Recommended recharging time for the battery after completely depleting it is 6-8 hours. Battery may be left in charger for extended periods of time but do NOT exceed 24 consecutive hours. Doing so may lead to shortened overall battery life. It is not necessary to wait until battery power is fully depleted before recharging.**

## USING SWIVEL SWEEPER:

**Step 1)** Make sure the Swivel Sweeper is turned off. (NOTE: The "On/Off Switch" is located on the front of the "Battery Compartment").

**Step 2)** Make sure the "Dirt Tray" is empty (see following directions on EMPTYING THE DIRT TRAY).

**Step 3)** Insert the "Rechargeable Battery" down into the "Battery Compartment" located on the front of the pole until it locks into place **(SEE FIG. 2).**



FIG. 2

**Step 4)** Turn the Swivel Sweeper on to begin cleaning.

**Step 5)** When you are done cleaning, turn the Swivel Sweeper off, remove the "Dirt Tray" and empty the dirt & debris into a garbage receptacle. (See the following instructions to empty the "Dirt Tray.") Recharge the battery if necessary.

## IMPORTANT: AUTOMATIC SHUT-OFF FEATURE

Swivel Sweeper will automatically shut off to protect its moving parts if the brushes become bound by carpets, rugs, hair or other objects.

**TO RESET THE SHUT-OFF FEATURE:**
1. Place the "On/Off" switch in the "Off" position.
2. Untangle the sweeper's brushes from the object(s) they are bound by.
**Sweeper will be ready to operate within 10 seconds.**

## EMPTYING THE DIRT TRAY:

**Step 1)** Make sure the Swivel Sweeper is turned off.

**Step 2)** With the Swivel Sweeper "Base" sitting on the floor or other flat surface such as a countertop, squeeze and hold the "Dirt Tray Lock Clips" with one hand and lift the Swivel Sweeper up by its aluminum pole with the other hand, to release the "Dirt Tray" **(SEE FIG. 3).**

**Step 3)** Empty the dirt and debris into a garbage receptacle.

**Step 4)** Then, place the "Dirt Tray" back on the floor or other flat surface. Lift up and align the "Base" of the Swivel Sweeper over the "Dirt Tray." Properly aligned, the Swivel Sweeper logo on the front of the "Base" of the unit will face in the same direction as the Peak/Front of the dirt tray. Set the "Base" down to connect **(SEE FIG. 4).**

**IMPORTANT: If "Dirt Tray" does not securely connect back up into the "Base," check to make sure that no small metal debris (e.g., staples, paper clips etc.) has magnetized to the Swivel Sweeper's motor located on the underside of the "Base."**



FIG. 3



FIG. 4

Peak/Front

# IMPORTANT MAINTENANCE & CARE:

As with any rotating brush cleaning device, Swivel Sweeper's four cleaning brushes will accumulate fine particles. To maintain optimal sweeper performance, clean the sweeper's rotating brushes of hair and debris and its "Air Filter" of dust and dirt as necessary following the directions below.

**Step 1)** Make sure the Swivel Sweeper is turned OFF and remove the battery to ensure unit does not accidentally turn on.

**Step 2)** Unlock the "Tinted Outer Body Frame" by sliding the two "Outer Body Frame Lock Clips" inward towards the pole (SEE FIG. 5).

**Step 3)** Next, lift the "Tinted Outer Body Frame" up and over the aluminum pole to remove it. The four rotating brushes are now completely exposed (SEE FIG. 6).

**Step 4)** Use the "Brush Cleaning Tool" to cut and remove tangled debris. Simply guide the blade along the shaft of the "Rotating Cleaning Brushes" (SEE FIG. 7). Dispose of debris in garbage.

**CAUTION: Brush Cleaning Tool has sharp tip and ripping blade. Avoid contact with tip and ripping blade.**

**Step 5)** Replace the "Tinted Outer Body Frame" and lock by sliding the "Outer Body Frame Lock Clips" outward and away from the pole (SEE FIG. 8).

**Step 6)** Lift the "Air Filter" up & out by its "Removal Notch" (SEE FIG. 9). Rinse the "Air Filter" off, let dry and replace back into sweeper.

*Periodically wipe down your Swivel Sweeper with a dry or damp lint-free cloth. Do not use water, liquid cleansers or abrasive materials to clean Swivel Sweeper.



FIG. 9

Removal Notch



FIG. 8



FIG. 7



FIG. 6



FIG. 5

# BASIC TROUBLESHOOTING:

**1. Swivel Sweeper is sluggish or won't start:**
Make sure the battery is fully charged and securely inserted into the "Battery Compartment" and that the pole section with the "Pole Base." Check the "Rotating Cleaning Brushes" to make sure they are not entangled with hair, debris, etc.

**2. Battery not charging:**
Make sure the upper and middle section of the "Battery Charger" is securely attached and that the "Rechargeable Battery" is fully inserted into the "Battery Charger." Also, check to make sure that the red indicator light on the "Battery Charger" comes on when charging.

**3. Brushes become bound and sweeper shuts off:**
See "Automatic Shut-Off Feature" instructions on pg. 6.

**4. Swivel Sweeper operating but not picking up mess:**
The "Dirt Tray" may be full. Empty out if necessary (see Emptying The Dirt Tray Instructions on pg. 7). Also, some debris may be lodged in carpeting (such as staples) or be too large/heavy for the sweeper to pick up. Make sure the "Dirt Tray" is attached.

**5. Dirt & Debris escaping from sweeper during cleaning:**
Make sure the "Dirt Tray" is empty and securely connected to the sweeper. Also, check to see that the "Rotating Cleaning Brushes" are not entangled with debris such as hair, paper, etc. Use the "Brush Cleaning Tool" to clean off, if necessary.

# MAGNETIC LATCH SYSTEM FOR SPACE-SAVING STORAGE:

Swivel Sweeper's Magnetic Latch System lets you store your sweeper in a compact manner between uses.



**FIG. 10**

## Storing Swivel Sweeper Between Uses:

**IMPORTANT:** When you are finished cleaning with Swivel Sweeper, simply empty out the "Dirt Tray," re-attach it to the sweeper, then fold the sweeper head up to the side of the "Pole Base" to engage the two "Magnetic Latches," for space-saving storage between uses **(SEE FIG. 10).**

To release the sweeper head from the "Pole Base," simply tap it down.

– 10 –

## SWIVEL SWEEPER LIMITED 90-DAY WARRANTY

**What This Warranty Covers:** This warranty, which is the only written or expressed warranty given on this product by Ontel Products Corporation ("Ontel"), covers defects in materials and workmanship under normal consumer use. It applies only to the original consumer purchaser, is not transferable, requires proof of purchase, and is valid only in accordance with the conditions set forth below.

**What Is Not Covered:** Normal wear and tear are not covered by this warranty. This warranty applies to consumer use only, and does not apply when the product is used in a commercial or institutional setting. This warranty also does not apply if the product has been subject to accident, misuse, abuse, improper maintenance or repair, or unauthorized modification.

Except where prohibited by law, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON THIS PRODUCT IS EXCLUDED. To the extent that the above exclusion of any implied warranty of merchantability or fitness for a particular purpose on this product does not apply, any such implied warranty is limited in duration to the duration of this warranty. Some states do not allow the exclusion or limitation of incidental or consequential damages, or limitations on how long an implied warranty lasts, so the above limitations may not apply to you.

Ontel shall not be liable for any incidental or consequential damages for breach of this warranty or any implied warranty on this product.

**How Long Coverage Lasts:** This warranty is valid for 90 days from the original date of purchase.

**What Ontel Will Do:** Ontel will repair or replace your Swivel Sweeper (or, if repair or replacement is not feasible, refund the purchase price) at its option. You must arrange to return your Swivel Sweeper to Ontel, and pay for return shipping and handling (see below).

**How To Get Service:** If warranty service is necessary, pack the Swivel Sweeper securely and send it postage paid with a description of the defect, proof of purchase, and a check or money order for $12.99 (to cover return shipping and handling) to the following address:

Ontel Products Corporation
Dept. Swivel Sweeper
21 Law Drive
Fairfield, New Jersey 07004

**Your Rights Under State Law:** This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

Distributed by


**OnTel**
PRODUCTS CORPORATION

Made in China

©2006 Ontel Products Corporation. All Rights Reserved.

**Questions or Comments, call Toll Free 1-800-405-8306**

# EXHIBIT 2



# Swivel Sweeper

**Includes:**
- Cordless Swivel Sweeper
- 7.2V Rechargeable Battery
- Battery Charger

- **Lightweight** 2 lbs
- **Swivels 360**
- **Powerful** 7.2 Volts
- **Cordless**
- **Rechargeable**



## Unique Features:

**Edge Cleaning Brushes**
Gets the mess along walls and in corners

**Floor Sliders**
Sweeper effortlessly glides on floor surfaces.

Edge Cleaning Brushes

**Quad-Brush Technology**
Picks up from all four sides at the same time for faster easier cleaning.

Underside View

**Bagless Dirt Tray**
Easily removes for quick disposal of dirt.

**Easy Charge Battery**
No messy wires!

**Head Swivels 360°**
For Easy Maneuverability!

## Picks up everything from dust to the big stuff!

swivel sweeper is the lightweight, easy-to-maneuver cordless sweeper that picks up messes faster and easier than ordinary cordless sweepers and brooms. It's great for picking up crumbs, dirt, pet hair, dust and more. Use it in the kitchen, family room, dining room and bathroom on tile, carpet, hardwood, vinyl and more!

swivel sweeper's head rotates 360° to easily maneuver around furniture and into tight places. Its low-profile design goes under furniture with ease.

**Carpet**

**Wood**
Soggy Vegetables

**Lightweight**
Weighs 2 lbs!

**Tight Places**
Behind Furniture



Congratulations on your purchase of the cordless Swivel Sweeper, the quick & agile floor and carpet sweeper that lets you clean dirt and messes faster and easier than ordinary cordless sweepers. The Secret: Swivel Sweeper combines the cleaning power of Quad Brush Technology – powerful rotating cleaning brushes pickup dirt and messes from all four sides of the sweeper head – with a 360° swivel feature to easily maneuver around furniture and other objects. Swivel Sweeper glides effortlessly on four gentle floor sliders while its low-profile design lets you get under couches, beds and other furniture. It has an extended pole, is super-lightweight and it's bagless too! The reusable dirt tray easily removes for quick disposal of dirt & debris.

**MAKE SURE TO COMPLETELY READ AND UNDERSTAND ALL OF THE FOLLOWING SAFETY INSTRUCTIONS AND WARN-INGS IN THIS BOOKLET & ON THE BATTERY CHARGER, PRIOR TO USING SWIVEL SWEEPER.**

## SAFETY PRECAUTIONS

• Make sure Swivel Sweeper is securely assembled before use
• Swivel Sweeper is not intended for use by children
• Never use Swivel Sweeper to clean up liquids or wet messes, especially not flammable or combustible liquids
• Swivel Sweeper contains a rechargeable 7.2V Ni-MH (Nickel-Metal Hydride) battery, dispose of battery properly
• Keep fingers, hair, all other body parts and clothing away from rotating cleaning brushes
• Do NOT use Swivel Sweeper to clean up any burning or lighted materials such as cigarettes, matches and ashes
• Do NOT use on coarse concrete surfaces
• Swivel Sweeper's mechanical parts are not user-serviceable. Contact a qualified service professional for service
• Make sure Swivel Sweeper is turned off and that the battery is removed, before cleaning its rotating brushes of hair, debris etc.
• Do NOT handle or charge battery when hands are wet
• Only use the included charger to charge Swivel Sweeper's battery
• Store your Swivel Sweeper indoors in a dry, safe place

– 2 –

## SWIVEL SWEEPER COMPONENTS

1. Handle
2. Heavy Duty Aluminum Pole
3. Rechargeable 7.2V Battery
4. Battery Compartment
5. On/Off Switch
6. Pole Base
7. Tinted Outer Body Frame
8. Base
9. Outer Body Frame Lock Clips
10. Dirt Tray Lock Clips
11. Dirt Tray
12. Rotating Cleaning Brushes
13. Battery Charger
14. Brush Cleaning Tool & Storage Cover

– 3 –

## TO ASSEMBLE SWIVEL SWEEPER:

Remove the Swivel Sweeper and its components from the box.
IMPORTANT: Properly dispose of the plastic bubble wrapping. Keep away from babies and children.

Step 1) Screw together the three "Pole Sections" until secure (SEE FIG. 1).



FIG. 1

Step 2) Align the arrow on the bottom end of the pole with the arrow on the top end of the "Pole Base." Now with your thumb and pointer finger, simultaneously depress the two buttons on either side of the plastic connector at the top of the "Pole Base" and with your other hand, slide the pole all the way down until it locks into place (SEE FIG. 2).



FIG. 2

## CHARGING YOUR BATTERY:

Step 1) Plug the "Battery Charger" into a standard electrical outlet as below:

UL/cUL - 120V AC 60Hz
TUV/UK - 220-240V AC 50/60Hz



FIG. 3

Step 2) Align the arrow on the "Rechargeable Battery" with the arrow on the "Battery Charger." Then, insert the "Rechargeable Battery" down into the "Battery Charger" (SEE FIG. 3). NOTE: Red light on the front of the "Battery Charger" should turn on to indicate that the battery is charging.

– 4 –

IMPORTANT: For initial battery charge, let battery charge for at least 8 full hours. When recharging, charge time will vary dependent upon the amount of power that is left in the battery after its last use. Recommended recharging time for the battery after completely depleting it is 6-8 hours. Battery may be left in charger for extended periods of time but do NOT exceed 24 consecutive hours. Doing so may lead to shortened overall battery life. It is not necessary to wait until battery power is fully depleted before recharging.

## USING SWIVEL SWEEPER:

Step 1) Make sure the Swivel Sweeper is turned off. (NOTE: The "On/Off Switch" is located on the front of the "Battery Compartment".
Step 2) Make sure the "Dirt Tray" is empty (see following directions on EMPTYING THE DIRT TRAY).
Step 3) Insert the "Rechargeable Battery" down into the "Battery Compartment" located on the front of the pole until it locks into place (SEE FIG. 4).

FIG. 4

Step 4) Turn the Swivel Sweeper on to begin cleaning.
Step 5) When you are done cleaning, turn the Swivel Sweeper off, remove the "Dirt Tray" and empty the dirt & debris into a garbage receptacle. (See the following instructions to empty the "Dirt Tray.") Recharge the battery if necessary.

## EMPTYING THE DIRT TRAY:

Step 1) Make sure the Swivel Sweeper is turned off.
Step 2) With the Swivel Sweeper "Base" sitting on the floor or other flat surface such as a countertop, squeeze and hold the "Dirt Tray Lock Clips" with one hand and lift the Swivel Sweeper up by its aluminum pole with the other hand, to release the "Dirt Tray" (SEE FIG. 5).

– 5 –




FIG. 5

FIG. 6

Peak/Front

**Step 3)** Empty the dirt and debris into a garbage receptacle.

**Step 4)** Then, place the "Dirt Tray" back on the floor or other flat surface. Lift up and align the "Base" of the Swivel Sweeper over the "Dirt Tray." Properly aligned, the Swivel Sweeper logo on the front of the "Base" of the unit will face in the same direction as the Peak/Front of the dirt tray. Set the "Base" down to connect the dirt tray. (SEE FIG. 6).

**IMPORTANT:** If "Dirt Tray' does not securely connect back up into the "Base," check to make sure that no small metal debris (e.g. staples, paper clips etc.) has magnetized to the Swivel Sweeper's motor located on the underside of the "Base."

## MAINTAINING YOUR SWIVEL SWEEPER:

Over time, as with any rotating bristle cleaning device, Swivel Sweeper's four cleaning brushes will accumulate fine debris such as hair, thread and other particles. We recommend cleaning the rotating brushes on occasion using the included "Brush Cleaning Tool."

**Step 1)** Make sure the Swivel Sweeper is turned OFF and remove the battery to ensure unit does not accidentally turn on.

**Step 2)** Unlock the "Tinted Outer Body Frame" by sliding the two "Outer Body Frame Lock Clips" inward towards the pole (SEE FIG. 7).

**Step 3)** Next, lift the "Tinted Outer Body Frame" up and over the aluminum pole to remove it. The four rotating brushes are now completely exposed (SEE FIG. 8).

**Caution: Brush Cleaning Tool has sharp tip and ripping blade. Avoid contact with tip and ripping blade.**




FIG. 7

FIG. 8

**Step 4)** Use the "Brush Cleaning Tool" to cut and remove tangled debris. Simply guide the blade along the shaft of the "Rotating Cleaning Brushes" (SEE FIG. 9). Dispose of debris in garbage.

**Step 5)** Replace the "Tinted Outer Body Frame" and lock by sliding the "Outer Body Frame Lock Clips" outward and away from the pole. (SEE FIG. 10).





FIG. 9



FIG. 10

Periodically wipe down your Swivel Sweeper with a dry or damp lint-free cloth. Do not use water, liquid cleansers or abrasive materials to clean Swivel Sweeper.

## BASIC TROUBLESHOOTING:

**1. Swivel Sweeper is sluggish or won't start:**
Make sure the battery is fully charged and securely inserted into the "Battery Compartment," and that the pole section with the "Battery Compartment" is securely connected to the "Pole Base."

**2. Battery not charging:**
Make sure the battery is fully inserted into the "Battery Charger." Also, check to make sure that the red indicator light on the battery charger comes on when charging.

**3. Swivel Sweeper operating but not picking up mess:**
The "Dirt Tray" may be full. Empty out if necessary (see Emptying The Dirt Tray Instructions on pg. 5). Also, some debris may be lodged in carpeting (such as staples) or be too large/heavy for the sweeper to pick up. Make sure the "Dirt Tray" is attached.

**4. Dirt & Debris escaping from sweeper during cleaning:**
Make sure the "Dirt Tray" is empty and securely connected to the sweeper. Also, check to see that the "Rotating Cleaning Brushes" are not entangled with debris such as hair, paper, etc. Use the "Brush Cleaning Tool" to clean off, if necessary.