UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ONTEL PRODUCTS CORPORATION
vs.
Defendant
AMICO INTERNATIONAL CORPORATION, ET AL.,

Case No.: 07 CV 7356
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____

I, Jimmy Vasquez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 25 2007 12:20PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS on AMICO POWER CORPORATION at 4825 GREGG Road, PICO RIVERA, Los Angeles County, CA 90660

By Personal Service to: Amy Liang, REGISTERED AGENT, An Asian female approx. 40-45 years of age 5'6"-5'8" in height weighing 120-140 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Sep 27, 2007
Jimmy Vasquez, Reg. # 6372, Los Angeles, CA

State of California County of Los Angeles
Subscribed and sworn to before me, a notary public on Sep 27, 2007

Notary Public

FOR: LexisNexis File & Serve SOP
REF: 16395040

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

Order No. 8211581 SEA