Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:
ONTEL PRODUCTS CORPORATION :
:
*Plaintiff* :
: Civ. Action No. 07 CV 7356
v. :
:
AMICO INTERNATIONAL CORP. :
and AMICO POWER CORPORATION :
:
*Defendants* :
:
------------------------------------------------X

## REQUEST TO ENTER DEFAULT

TO:   JUDGMENT CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

Please enter default of defendants Amico International Corp. and Amico Power Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and form the attached affidavit of Jason M. Drangel. Attached is a proposed Certificate of default.

Dated: New York, New York  
December 5, 2007

EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

By: _____  
Jason M. Drangel (JMD 7204)  
Robert L. Epstein (RE8941)  
William C. Wright (WCW 2213)  
Attorneys for Plaintiff  
60 East 42nd Street  
Suite 820  
New York, NY 10165  
Tel: 212-292-5390  
Fax: 212-292-5391