Jason M. Drangel (JD 7204)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ONTEL PRODUCTS CORPORATION         :
                                   :
*Plaintiff*                        :
                                   :        Civ. Action No. 07 CV 7356
            v.                     :
                                   :
AMICO INTERNATIONAL CORP.          :
and AMICO POWER CORPORATION        :
                                   :
*Defendants*                       :
------------------------------------------------------X

### AFFIDAVIT OF JASON M. DRANGEL IN SUPPORT OF
### REQUEST FOR ENTRY OF DEFAULT

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

JASON M. DRANGEL, being duly sworn, deposes and says:

1.  I am a member of the Bar of this Court and a partner of the firm of Epstein Drangel Bazerman & James, LLP, and attorney for Plaintiff in the above-entitled action. I make this affidavit pursuant to rule 55. 2 of the Civil Rules of the Eastern District of New York, in support of Plaintiff's request for entry of default of defendants Amico International Corp. and Amico Power Corporation. I make this affidavit based on my personal knowledge and on the records of my law firm.

2.  The time within which defendants Amico International Corp. and Amico Power Corporation, may answer or otherwise move with respect to the Complaint herein as expired; said defendants have not answered or otherwise moved with respect to the Compliant; and the time for said defendants to do so has not been extended.

3.  Defendants Amico International Corp. and Amico Power Corporation have been validly and properly served with the First Amended Complaint, as reflected in the Affidavit of Service attached hereto as Exhibit A.

4.  Defendants Amico International Corp. and Amico Power Corporation are companies, are not infants, incompetent or in the military service of the United States.

_____
Jason M. Drangel

# EXHIBIT A

Case 1:07-cv-07356-JGK-FM   Document 5-2   Filed 12/17/2007   Page 3 of 5

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff<br>ONTEL PRODUCTS CORPORATION<br>vs.<br>Defendant<br>AMICO INTERNATIONAL CORPORATION, ET AL., | Case No.: 07 CV 7356<br>Hearing Date:<br>Attorney of Record: |

## AFFIDAVIT OF SERVICE

Received this on _____

I, Jimmy Vasquez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 25 2007 12:20PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS on AMICO INTERNATIONAL CORPORATION at 4825 GREGG Road, PICO RIVERA, Los Angeles County, CA 90660

By Personal Service to: Amy Liang, REGISTERED AGENT, An Asian female approx. 40-45 years of age 5'6"-5'8" in height weighing 120-140 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on Sep 27, 2007
Jimmy Vasquez, Reg. # 5372, Los Angeles, CA

State of California County of Los Angeles
Subscribed and sworn to before me, a notary public on Sep 27, 2007

_____
Notary Public

FOR: LexisNexis File & Serve SOP
REF: 16395040

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

Order No. 8211582 SEA

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ONTEL PRODUCTS CORPORATION
vs.
Defendant
AMICO INTERNATIONAL CORPORATION, ET AL.,

Case No.: 07 CV 7356
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____

I, Jimmy Vasquez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 25 2007 12:20PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS on AMICO POWER CORPORATION at 4825 GREGG Road, PICO RIVERA, Los Angeles County, CA 90660

By Personal Service to: Amy Liang, REGISTERED AGENT, An Asian female approx. 40-45 years of age 5'6"-5'8" in height weighing 120-140 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Sep 27, 2007
Jimmy Vasquez, Reg. # 6372, Los Angeles, CA

State of California County of Los Angeles
Subscribed and sworn to before me, a notary public on Sep 27, 2007

_____
Notary Public

FOR: LexisNexis File & Serve SOP
REF: 16395040

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

Order No. 8211581 SEA