## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff,
ONTEL PRODUCTS CORPORATION
vs.
Defendant,
AMICO INTENRATIONAL CORPORATION, et al.

Case No. 07 CV 7356
Hearing Date:
Attorney of Record:

---

### AFFIDAVIT OF SERVICE

I, _Arianna Ortiz_, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on February, _21_, 2008 _1210_ am / (pm) I executed service of ORDER TO SHOW CAUSE DATED FEBRURARY 19, 2008 on

AMICO POWER CORP.
AMICO INTERNATIONAL CORP.

at 4825 GREGG Road, PICO RIVERA, Los Angeles County, CA 90660.

By Personal Service to: _Jack_ [NAME], _Front Desk Employee_ [POSITION], A _Asian_ ETHNICITY] _Male_ [male/ female] approx. _Forties_ years of age, _5'6"_ in height, weighing approx. _150_ lbs with _Black_ hair.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____   Execute on _02/25_, 2008
Name

State of California County of _Los Angeles_
Subscribed and sworn to before me, a notary public on _2/25_, 2008.

_____
Notary Public

JUAN C. LOPEZ
COMM. #1511917
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Sept 6, 2008

# Investigative Report
#### Prepared in anticipation of litigation

Date: February 22, 2008

**Re: Amico Power Corp / Amico International Corp**     I.C. # 08-12436
**Case: Ongoing**

Pursuant to your request, on February 21, 2008, Investigator Ortiz traveled to the provided address for Amico Power Corp. / Amico International Corp. of 4825 Gregg Road in the City of Pico Rivera, California 90660.

It should be noted that Amico Power Corp is addressed 4825 Gregg Road and Amico International Corp is addressed 4821 Gregg Road.

The location is best described as being a two story commercial building that is beige in color with brown trim. The numbers 4821 and 4825 are black in color and are located above the main entrance to the location. The business name is in black lettering and is located on the front side of the building.

The photographs below depict the location:

   

Investigator Ortiz entered the location and contacted a male, who identified himself as Jack. Jack is best described as being Asian in his forties with black hair and brown eyes. Jack is approximately five feet six inches tall and weighs 150 pounds.

The photographs below depict Jack:



February 22, 2008                                                        08-12436

Investigator Ortiz engaged Jack in a conversation. During the conversation, Jack stated the following in substance:

- Yes this is Amico Power Corporation. Yes, this is Amico International Corporation. It is the same business. The whole building is the same business we just have two different names for it.

Jack did not state anything else of interest.

Investigator Ortiz then handed Jack the legal documents and departed from the location.

The photographs below depict Jack with the legal documents:

 

Please contact me to discuss this matter further.

Kris Buckner

2