Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

SDS SDNY
DOCUMENT
ELECTRONICALLY F…
DOC #:
DATE 2/27/2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------X

ONTEL PRODUCTS CORPORATION

v.                                              Civ. Action No. 07 CV 7356

AMICO INTERNATIONAL CORP.
And AMICO POWER CORPORATION

----------------------------X

## ORDER TO SHOW CAUSE

Upon the annexed declaration of Jason M. Drangel dated December 12, 2007 and upon all prior proceedings heretofore had herein, it is hereby

ORDERED that defendants Amico International Corp. and Amico Power Corporation SHOW CAUSE before Judge John G. Koeltl, United States District Judge, in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at 9:30 A.M. on Feb. 29, 2008, or as soon thereafter as counsel may be heard, why an order should not be entered:

(i) Pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York and Rule 55(b)(2) of the Federal Rules of Civil Procedures granting a default

judgment against defendants for injunctive relief, statutory damages in an amount to be determined by the Court, costs and attorneys' fees; and

(ii)   Granting such other and further relief as to this Court may see just and proper.

Services of this order and the papers upon which it was granted shall be made pursuant to Rule 4 of the Federal Rules of Civil Procedures on or before 5:00 p.m. on *February 21, 2008*.

Any papers in opposition to said motion shall be filed and served before hand on counsel for plaintiff by 5:00 p.m. on *February 27, 2008*

Date: 2/19/08

By: _____
U.S.D.J.

*If the defendants fail to respond to this Order to Show Cause, a default judgment will be entered against them, in which event they will have no trial.*

*The plaintiff shall file proof of service of this Order to Show Cause by February 27, 2008.*

*So ordered.*

2/19/08

_____
U.S.D.J.

RECEIVED
JAN 2 4 2008
Epstein Drangel
~~~~~ & James, ~~~

Jason M. Drangel (JD 7204)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

ONTEL PRODUCTS CORPORATION

*Plaintiff*

v.   Civ. Action No. 07 CV 7356

AMICO INTERNATIONAL CORP.
and AMICO POWER CORPORATION

*Defendants*

-----------------------------------------------X

### CERTIFICATE

I, J Michael McMahon, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the defendants Amico International Corp. and Amico Power Corporation, were served with a copy of the Complaint and Summons by personal service upon Amico International Corp. and Amico Power Corporation on 4/25/07 Proofs of Service Filed 13/4/07

I further certify that the docket entries indicate that Amico International Corp. and Amico Power Corporation have not filed their answers or otherwise moved with respect to the compliant herein. The default of Amico International Corp. and Amico Power Corporation is hereby noted.

Dated: New York, New York

January 22, 2008

J Michael McMahon
Clerk of Court
By: _____
Dep Clerk