USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONTEL PRODUCTS CORP.,

                    Plaintiff,                          07 Civ. 7356 (JGK)

        - against -                                     ORDER

AMICO INT'L CORP., ET AL,

                    Defendants.

JOHN G. KOELTL, District Judge:


        For the reasons stated on the record on February 29, 2008,

the plaintiff is entitled to a default judgment.  The matter is

referred to the Magistrate Judge for an inquest on damages.



SO ORDERED.

Dated:  New York, New York
        February 29, 2008

                                        _____
                                            John G. Koeltl
                                        United States District Judge