UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

ONTEL PRODUCTS CORP,

                 Plaintiffs,

    - against -

AMICO INT'L CORP.,

            Defendant.

------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

07 Civ. 7356 (JGK)(FM)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

____ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes  when
the District Judge is unavailable, the time
period of the referral:_____

____ Settlement*

_X__ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

____ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

**SO ORDERED.**

DATED:    New York, New York
           February 29, 2008

                              John G. Koeltl
                         United States District Judge

* Do not check if already referred for general pretrial.