UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
ONTEL PRODUCTS CORPORATION,
                                                    :
            Plaintiff,
                                                    :      **SCHEDULING ORDER**
       -against-
                                                    :      07 Civ. 7356 (JGK) (FM)
AMICO INTERNATIONAL CORP. and
AMICO POWER CORPORATION,             :
            Defendants.                                :
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/18/08

1.     On March 3, 2008, Judge John G. Koeltl referred this case to me so that an inquest may be held.

2.     I direct plaintiff to send to me and serve on the defendants an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this action, and, if applicable, its attorney's fees, and proposed findings of fact and conclusions of law on or before May 20, 2008.

3.     I direct the defendants to send me any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law (and to serve same upon plaintiff) on or before June 3, 2008. In these papers defendants must state (a) whether a hearing is requested for the purpose of cross-examining plaintiff's affiants, and (b) whether a hearing is requested for the purpose of calling witnesses and, if so, the name and address of each witness.

4.     If a hearing is requested by any party, a date for the hearing shall be fixed by the Court and provided to the parties.

5.  Any request for an adjournment must be made in writing at least 48 hours prior to the scheduled date. Telephone requests for adjournments are not entertained.

6.  If no request for a hearing is made by any party prior to May 20, 2008, then I shall make my decision solely on the basis of the memoranda and affidavits without oral argument.

SO ORDERED:

Dated: New York, New York
March 18, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable John G. Koeltl
United States District Judge

Jason M. Drangel, Esq./Robert L. Epstein, Esq./William C. Wright, Esq.
Epstein, Drangel, Bazerman & James, LLP
60 East 42nd Street, Ste. 820
New York, New York 10165
Via Facsimile @(212) 292-5391

Amico Power Corp.
4825 Gregg Road
Pico Rivera, California 90660
Via Certified U.S. Mail

Amico International Corp.
4821 Gregg Road
Pico Rivera, California 90660
Via Certified U.S. Mail