UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff,
ONTEL PRODUCTS CORPORATION
vs.
Defendant,
AMICO INTENRATIONAL CORPORATION, et al.

Case No. 07 CV 7356
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

I, ___Jason M. Drangel__, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May, 13, 2008 ____ am / pm  I executed service of INQUEST MEMORANDUM OF DAMAGES on

AMICO POWER CORP.
AMICO INTERNATIONAL CORP.

at 4825 GREGG Road, PICO RIVERA, Los Angeles County, CA 90660.

By Federal Express. Detailed Confirmation Attached.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____     Executed on July 21, 2008
Jason M. Drangel

# Epstein Drangel
# Bazerman & James LLP

60 East 42nd Street, Suite 820, New York, NY 10165 - Phone: (212) 292-5390 - Fax: (212) 292-5391 - E-mail: mail@ipcounselors.com

May 13, 2008

**VIA FIRST CLASS MAIL**
Hon. Judge Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

  Re: *Ontel Products Corporation v. Amico International Corp. and Amico Power Corporation*, Civ. Action No. 07 CV 7356

Dear Judge Maas:

Enclosed please find Courtesy Copies of the following document:

1. Inquest Memorandum on Damages
2. Declaration of Jason M. Drangel in Support of Request for Damages

The same is being sent by Federal Express to Defendants Amico Power Corp and Amico International.

Very truly yours,

Jason M. Drangel

JMD:mca
Enclosures

**FedEx**

Close Window

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Print

Select another track: 798940500651    Next

| | | | |
|---|---|---|---|
| **Tracking number** | 798940500651 | **Reference** | 1432-071 |
| **Signed for by** | J.DONG | **Destination** | Pico Rivera, CA |
| **Ship date** | May 13, 2008 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 14, 2008 9:15 AM | **Service type** | Priority Pak |
| | | **Weight** | 1.0 lbs. |

**Status**    Delivered

**Signature image available**    Yes

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

☒ Signature Image

Request copy of signature

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 14, 2008 | 9:15 AM | **Delivered** | Pico Rivera, CA | |
| | 8:28 AM | On FedEx vehicle for delivery | SANTA FE SPRINGS, CA | |
| | 7:48 AM | At local FedEx facility | SANTA FE SPRINGS, CA | |
| | 4:52 AM | At dest sort facility | LOS ANGELES, CA | |
| | 3:33 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:00 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:23 AM | Departed FedEx location | NEWARK, NJ | |
| May 13, 2008 | 10:16 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:12 PM | Left origin | NEW YORK, NY | |
| | 7:56 PM | Picked up | NEW YORK, NY | |
| | 1:56 PM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments/orders    << Track summary

Subscribe to tracking updates (optional)

Your name: _____    Your e-mail address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**FedEx**

Close Window

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Print

Select another track: 799323554512   Previous

| | | | |
|---|---|---|---|
| **Tracking number** | 799323554512 | **Reference** | 1432-071 |
| **Signed for by** | J.DONG | **Destination** | Pico Rivera, CA |
| **Ship date** | May 13, 2008 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 14, 2008 9:15 AM | **Service type** | Priority Pak |
| | | **Weight** | 1.0 lbs. |

**Status** Delivered

**Signature image available** Yes

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

☒ Signature Image

[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 14, 2008 | 9:15 AM | **Delivered** | Pico Rivera, CA | |
| | 8:29 AM | On FedEx vehicle for delivery | SANTA FE SPRINGS, CA | |
| | 7:39 AM | At local FedEx facility | SANTA FE SPRINGS, CA | |
| | 4:52 AM | At dest sort facility | LOS ANGELES, CA | |
| | 3:33 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:00 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:23 AM | Departed FedEx location | NEWARK, NJ | |
| May 13, 2008 | 10:16 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:12 PM | Left origin | NEW YORK, NY | |
| | 7:56 PM | Picked up | NEW YORK, NY | |
| | 1:54 PM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments/orders ]   [ << Track summary ]

Subscribe to tracking updates (optional)

Your name: _____    Your e-mail address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |