USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONTEL PRODUCTS CORPORATION,

                Plaintiff,

    - against -

AMICO INTERNATIONAL CORP., ET AL.,

                Defendants.

07 Civ. 7356 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Maas dated August 19, 2008. No objections have been filed and the time for objections has passed. Moreover, the Court finds that the Report and Recommendation is thorough and well founded and the Court therefore adopts it.

    The Clerk is therefore directed to enter judgment in favor of the plaintiff and against the defendant in the amount of $500,350 consisting of $500,000 in statutory damages and $350 in costs, and to close this case.

SO ORDERED.

Dated:    New York, New York
            September 10, 2008

                              John G. Koeltl
                        United States District Judge