```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ONTEL PRODUCTS CORPORATION,
                    Plaintiff,

      -against-

AMICO INTERNATIONAL CORP., ET AL.,
                    Defendants.
-----------------------------------------------------------X

07 CIVIL 7356 (JGK)

**JUDGMENT**

#08,1606

    Whereas on August 19, 2008, the Honorable Frank Maas, United States Magistrate Judge, having issued a Report and Recommendation (the "report"), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on September 10, 2008, having rendered its Order directing the Clerk to enter judgment in favor of the plaintiff and against the defendant in the amount of $500,350, and to close the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2008, judgment is entered in favor of the plaintiff and against the defendant in the amount of $500,350; accordingly, the case is closed.

**Dated:** New York, New York
          September 12, 2008

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court

                BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____